**Fill in this information to identify the case:**

Debtor name __SSS Milwaukee Hospitality LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION__

Case number (if known) __1:25-bk-3642__

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __April 16, 2025__          **X** /s/   Amin Amdani
                                        Signature of individual signing on behalf of debtor

                                        Amin Amdani
                                        Printed name

                                        Member
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __SSS Milwaukee Hospitality LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION__

Case number (if known) __1:25-bk-3642__

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | $0.00 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  Albany Bank | Checking | | $20,313.79 |
| 3.2.  Albany Bank | Other financial account | | $0.00 |
| 3.3.  PNC Bank | Checking | | $9,213.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                          $29,526.79
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☒ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor  SSS Milwaukee Hospitality LLC                                 Case number *(If known)*  1:25-bk-3642
        Name

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

**11.    Accounts receivable**

11a. 90 days old or less:          20,556.57     -                    0.00   = ....              $20,556.57
                          face amount              doubtful or uncollectible accounts

11b. Over 90 days old:              3,276.09     -                    0.00   =....               $3,276.09
                          face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                    | $23,832.66 |
       Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|------------------------------|---------------------|---------------------|
| 39.   **Office furniture** Misc office and hotel supplies, equipment and furniture See Attached | $0.00 | | $10,815.00 |
|       Misc Guest Room Supplies and Furniture See Atatched | $0.00 | | $34,765.00 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

| Debtor | SSS Milwaukee Hospitality LLC | | Case number *(if known)* | 1:25-bk-3642 |
|---|---|---|---|---|
| | Name | | | |

| 13 Computers | $0.00 | | $1,200.00 |
|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.   Copy the total to line 86.

$46,780.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.   Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. 2023 Ford Trans Connect<br>VIN: 1FBVU5XG0PLA57733 | $0.00 | | $47,075.00 |
|---|---|---|---|

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**
Add lines 47 through 50.   Copy the total to line 87.

$47,075.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

Debtor    SSS Milwaukee Hospitality LLC                                    Case number *(If known)*  1:25-bk-3642
          Name

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  5311 S. Howell Avenue, Milwaukee, WI 532307<br>PIN 6410121100 and 641008200 | | $0.00 | | $8,000,000.00 |
| 55.2.<br>Old National Bank | Checking | $0.00 | | $2,703.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|---|
| $8,002,703.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites**<br>fourpointsmke.com | $0.00 | | $0.00 |
| 62.    **Licenses, franchises, and royalties**<br>Marriott/Four Points Franchise | $0.00 | | $50,000.00 |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** | | | |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

|  |
|---|
| $50,000.00 |

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

| Debtor | SSS Milwaukee Hospitality LLC | Case number *(If known)* | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

☒ No
☐ Yes

**68.**   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

**69.**   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    SSS Milwaukee Hospitality LLC                                    Case number *(If known)*   1:25-bk-3642
_____ Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $29,526.79 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $23,832.66 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $46,780.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $47,075.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $8,002,703.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $50,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $197,214.45 | + 91b. $8,002,703.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $8,199,917.45 |

| HR / Accounting Office | QTY | Value |
|---|---|---|
|  |  |  |
| Desk | 1 | $    10.00 |
| Chairs | 2 | $    20.00 |
| Phones | 1 | $    10.00 |
| File Cabinets | 1 | $    25.00 |
| safe | 1 | $    25.00 |
| printer | 1 | $    25.00 |
| side table | 1 | $    20.00 |
| Total |  | $    135.00 |

| Front Desk | QTY | Value |
|---|---|---|
|  |  |  |
| Phones | 2 | $    20.00 |
| Video Cameras | 0 | $    - |
| Security Camera Monitor | 0 | $    - |
| Key Card Machine | 2 | $    200.00 |
| Credit Card Electronic Imprint | 2 | $    200.00 |
| POS Toast | 1 | $    25.00 |
| Total |  | $    445.00 |

| Front Desk Mgr Office | QTY | Value |
|---|---|---|
|  |  |  |
| Desk | 1 | $    25.00 |
| Chair | 3 | $    30.00 |
| lamp | 1 | $    10.00 |
| printer | 1 | $    25.00 |
| Phone | 1 | $    10.00 |
| Total |  | $    100.00 |
|  |  |  |
| GM Office | QTY | Value |
|  |  |  |
| Desk | 1 | $    25.00 |

| | | | |
|---|---|---|---|
| Chair | 1 | $ | 10.00 |
| Chair | 6 | $ | 60.00 |
| Phone | 1 | $ | 10.00 |
| computer table | 1 | $ | 25.00 |
| File Cabinet | 1 | $ | 25.00 |
| Conference Table | 1 | $ | 50.00 |
| Total | | $ | 205.00 |
| | | | |
| **PBX** | **QTY** | **Value** | |
| | | | |
| Desk | | $ | - |
| Chairs | | $ | - |
| Fax Machine | | $ | - |
| Phone | | $ | - |
| Phone | | $ | - |
| PBX Interface | | $ | - |
| Copying Machine | 1 | $ | - |
| Time Clock | | $ | - |
| Storage Cabinest | 1 | $ | 25.00 |
| Shelving Units | 4 | $ | 80.00 |
| Dry/Erase Board | 1 | $ | 10.00 |
| Cork Board | 1 | $ | 5.00 |
| First Aid Box | 1 | $ | - |
| Safety Deposit Boxes | 1 | $ | 25.00 |
| | | $ | 145.00 |

| **Luggage/Storage Area** | **QTY** | **Value** | |
|---|---|---|---|
| | | | |
| Luggage Partition | | | |
| Coffee Maker | | | |
| Safety Deposit Box | | | |
| Refridgerator | | | |
| Wall Picture | | | |
| | | | |
| | | | |
| Total | | $ | - |

| General Break Room | QTY | Value |
|---|---|---|
|  |  |  |
| Table | 2 | $          20.00 |
| Chairs | 5 | $          50.00 |
| T.V. Stand |  | $              - |
| T.V. | 0 | $              - |
| fridge | 1 | $          25.00 |
| Microwave | 1 | $          25.00 |
| Lockers |  | $              - |
|  |  |  |
| Total |  | $        120.00 |

| General Locker Room | QTY | Value |
|---|---|---|
|  |  |  |
| Lockers |  |  |
| Ironing Board |  |  |
| Iron |  |  |
| Total |  | $              - |

| Storage Room | QTY | Value |
|---|---|---|
|  |  |  |
| Computer Tower |  |  |
| Voicemail Computer |  |  |
| Monitors |  |  |
| Keyboards |  |  |
| Servers |  |  |
| Servers |  |  |
|  |  |  |
| Total |  | $              - |

| Houskeeping Mgr Office | QTY | Value |
|---|---|---|
|  |  |  |
| Desk | 2 | $          20.00 |
| Chairs | 3 | $          30.00 |

| | | | |
|---|---|---|---|
| Phone | 1 | $ | 10.00 |
| File Cabinet | 2 | $ | 40.00 |
| Cork Board | 1 | $ | 5.00 |
| First Aid Box | 1 | $ | - |
| | | | |
| Total | | $ | 105.00 |

| Housekeeping Department | QTY | Value | |
|---|---|---|---|
| | | | |
| Washers | 3 | $ | 300.00 |
| Dryers | 3 | $ | 300.00 |
| Maid Carts | 13 | $ | 65.00 |
| Folding Tables | 1 | $ | 10.00 |
| Laundry Carts | 8 | $ | 80.00 |
| Vacuum Cleaners | 5 | $ | 100.00 |
| Carpet Cleaners | | | |
| Mop | | | |
| Mop Buckets | | | |
| Broom | | | |
| Cribs | 2 | $ | 20.00 |
| Rollaways | 3 | $ | 30.00 |
| Phone | | | |
| | | | |
| | | | |
| Total | | $ | 905.00 |

| Houskeeping Break Room | QTY | Value | |
|---|---|---|---|
| | | | |
| Tables | 2 | $ | 20.00 |
| Chairs | 6 | $ | 60.00 |
| Refridgerator | 1 | $ | 20.00 |
| Microwave | 1 | $ | 20.00 |
| Coffee Maker | 1 | $ | 5.00 |
| T.V. | | | |
| Lockers | | | |
| Total | | $ | 125.00 |

| Lobby | QTY | Value |
|---|---|---|
| Sofas | 2 | $ 40.00 |
| Chairs | 26 | $ 260.00 |
| End tables | 13 | $ 130.00 |
| House Phones | 1 | $ 10.00 |
| Wall Pictures | 7 | $ 35.00 |
| Luggage Carts | 6 | $ 60.00 |
| Ceiling Lights | | $ - |
| Garbage Can | 2 | $ 10.00 |
| 65" TV | 3 | $ 300.00 |
| Bench | 1 | $ 20.00 |
| Water Fountain | 1 | $ 20.00 |
| | | |
| Total | | $ 885.00 |

| Pool | QTY | Value |
|---|---|---|
| | | |
| Tables | | |
| Chairs | 6 | $ 60.00 |
| Sun Bathing Chairs | 8 | $ 80.00 |
| Umbrellas | | $ - |
| Side Table | 7 | $ 70.00 |
| Life Savers | 2 | $ 200.00 |
| Hamper | 1 | $ 10.00 |
| Garbage Can | 1 | $ 5.00 |
| Water Fountain | | $ - |
| House Phone | 1 | $ 5.00 |
| | | $ - |
| Total | | $ 430.00 |

| Pool Bathrooms | QTY | Value |
|---|---|---|
| | | |
| Chairs | | |
| Hampers | | |

| Wall Pictures | | | |
|---|---|---|---|
| | | $ | - |
| Total | | $ | - |

| Fitness Center | QTY | Value | |
|---|---|---|---|
| | | | |
| Tredmills | 2 | $ | 100.00 |
| Weight Pulley | 1 | $ | 30.00 |
| Bikes | 2 | $ | 100.00 |
| Eclyptic Glider | 2 | $ | 1,000.00 |
| Step Machine | | | |
| Abdominal Machine | | | |
| Weight Rack | 1 | $ | 50.00 |
| Free Weights | 1 | $ | 5.00 |
| Scale | | | |
| House Phone | 1 | $ | 5.00 |
| Magazine Rack | | | |
| T.V. | 1 | $ | 20.00 |
| Trash Can | 1 | $ | 5.00 |
| Clock | 1 | $ | 5.00 |
| bench | 1 | $ | 30.00 |
| Total | | $ | 1,350.00 |

| Sales Office | QTY | Value | |
|---|---|---|---|
| | | | |
| Desks | 4 | $ | 40.00 |
| Chairs | | | |
| monitor | 8 | $ | 80.00 |
| File Cabinet | 1 | $ | 5.00 |
| Phone | 4 | $ | 20.00 |
| Bookshelf | | | |
| Refridgerator | | | |
| Wall Pictures | | | |
| | | | |
| Total | | $ | 145.00 |

| Sales Foyer | QTY | Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | $ - |
| Total | | $ - |

| Maintenance Department | QTY | Value |
|---|---|---|
| | | |
| Pressure Washer | 0 | |
| Grinder | 0 | |
| Sander | 1 | $ 100.00 |
| Bench Grinder | 1 | $ 100.00 |
| Reciprocating Saw | | |
| Table Saw | | |
| Wet tile saw | | |
| Compound Miter Saw | | |
| Circular Saw | 1 | $ 100.00 |
| Air Compressor | 1 | $ 100.00 |
| Air Compressor | | |
| Heat Gun | 1 | $ 50.00 |
| Drain Cleaning | | |
| Drain Cleaning | | |
| Dual Stage Snowthrower | 1 | $ 100.00 |
| Automative jump starters | | |
| Staple Gun | 1 | $ 25.00 |
| Hammer Drill | | |
| Bench Vice | 1 | $ 25.00 |
| Soldering Gun | | |
| Nailer Gun | | |
| Fiberglass Ladder | 3 | $ 300.00 |
| Fiberglass Ladder | | |
| | | |
| Total | | $ 900.00 |

| Maintenance Tools Sets | QTY | Value |
|---|---|---|
| | | |
| 4 in 1 screwdriver | | |
| Hammer | 2 | $ 4.00 |
| Tape Measure | 1 | $ 2.00 |
| Torx / Hex key set | 2 | $ 2.00 |
| Pliers | | |
| Utility Knife | | |
| Breakaway knife | | |
| Breakaway knife | | |
| Cordless drill | 1 | $ 5.00 |
| Needle Nose Pliers | | |
| Diagonal Cutting Pliears | | |
| Curved Needle Nose Pliers | | |
| Slipping pliers | | |
| Leverage Linesman Pliers | | |
| Channellock | | |
| Tub Drain Removal System | 3 | $ 30.00 |
| O-Ring Washer Pick | | |
| Caulking Gun | 2 | $ 8.00 |
| Sponge | | |
| Vise Grip | | |
| Adjustable wrenches | | |
| Telephone Tester | 1 | $ 4.00 |
| Electric Tester | | |
| | | |
| Total | | $ 55.00 |

| Banquet Chairs/Tables | QTY | Value |
|---|---|---|
| | | |
| Blue Chairs | | |
| Banquet Chairs | 428 | $ 240.00 |
| Cocktail Table | 21 | $ 210.00 |
| Risers | 8 | $ 40.00 |
| Classroom Tables 8 foot | 60 | $ 1,200.00 |

| Banquet tablle 6' | 60 | $ | 900.00 |
|---|---|---|---|
| Break Tables | | | |
| Banquet Table 8" | 82 | $ | 1,640.00 |
| Half Round | 2 | | |
| quarter table | 4 | $ | 40.00 |
| High top | 6 | $ | 60.00 |
| | | | |
| Total | | $ | 4,330.00 |
| **Banquet Equipment** | **QTY** | **Value** | |
| | | | |
| Podiums | 3 | $ | 75.00 |
| Standing Mic Stands | 0 | | |
| Flip Charts | | | |
| Flip Chart old metal | 7 | $ | 70.00 |
| 4byb White Boards | | | |
| Easles | | | |
| Speaker Stands | | | |
| AV Carts | 2 | $ | 50.00 |
| Coat Rack | 2 | $ | 40.00 |
| Total | | $ | 235.00 |

| **Banquet Electronics** | **QTY** | **Value** | |
|---|---|---|---|
| | | | |
| LCD Projectors | 4 | $ | 200.00 |
| LCD Projectors | | | |
| Sound System | | | |
| 4 Channell Mixers | | | |
| Teleconference Phones | | | |
| Handheld Microphones | | | |
| Wireless Microphones | | | |
| Wireless Microphones | | | |
| Ten Foot Screens | | | |
| | | | |
| Total | | $ | 200.00 |
| | Total Value | $ | 10,815.00 |

| Name | Serial | | User | Value | |
|---|---|---|---|---|---|
| Dell XPS | Ex50542931 | | GM | $ | 100.00 |
| Dell Inspirion | 353997173279 | | FD Left | $ | 100.00 |
| Dell Inspirion | G967F23 | | FD Right | $ | 100.00 |
| Dell Inspirion | CTQZY23 | | FOM | $ | 100.00 |
| Dell Inspirion | 2CSB414 | | Sales | $ | 100.00 |
| Dell Vista | 289QSL3 | | Maintenance | $ | 100.00 |
| HP Dragon Fly | 5CG34720B6 | | DOS | $ | 100.00 |
| Dell Inspirion | 7RBB0SL3 | | Sales | $ | 100.00 |
| Dell XPS | Ex50542931 | | Accounting | $ | 100.00 |
| Dell | 6896B20 | | Housekeeping | $ | 100.00 |
| Dell | 9YR7f23 | | Food and Beverage | $ | 100.00 |
| Servers | | | | $ | 100.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | $ | 1,200.00 |

| Rooms | DIS | Single King | 2 Queen | 1 Bedroom suite | 2 bedroom Suite | Studio | SUITE | Totals | Value |
|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 0 | 79 | 75 | 20 | 2 | 2 | | 178 | |
| Phones | | 79 | 75 | 20 | 4 | 2 | | 180 | $ 1,800.00 |
| Lamps | | 158 | 150 | 40 | 12 | 4 | | 364 | $ 3,640.00 |
| Sconces | | 158 | 75 | 40 | 6 | 2 | | 281 | $ 2,810.00 |
| Desk/dresser | | 79 | 75 | 20 | 2 | 2 | | 178 | $ 3,560.00 |
| Desk Small | | 0 | 0 | 20 | 2 | 0 | | 22 | $ 220.00 |
| Desk Chair | | 79 | 75 | 40 | 6 | 1 | | 201 | $ 2,010.00 |
| Coffee Maker | | 79 | 75 | 20 | 2 | 2 | | 178 | $ 890.00 |
| Hair Dryer | | 79 | 75 | 20 | 2 | 2 | | 178 | $ 1,780.00 |
| Iron | | 79 | 75 | 20 | 2 | 2 | | 178 | $ 1,780.00 |
| Ironing Board | | 79 | 75 | 20 | 2 | 2 | | 178 | $ 1,780.00 |
| T.V. | | 79 | 75 | 40 | 6 | 2 | | 202 | $ 4,040.00 |
| wall lamps | | 79 | 75 | 20 | 2 | 2 | | 178 | $ 1,780.00 |
| Alarm Clocks | | 79 | 75 | 20 | 4 | 2 | | 180 | $ 900.00 |
| Mirrors | | 79 | 75 | 20 | 2 | 2 | | 178 | $ 890.00 |
| Wall Pictures | | 158 | 150 | 60 | 8 | 4 | | 380 | $ 1,900.00 |
| Refridgerator | | 79 | 75 | 20 | 2 | 2 | | 178 | $ 3,560.00 |
| Microwave | | 0 | 0 | 20 | 2 | 2 | | 24 | $ 480.00 |
| Sofa / Love Seat | | 0 | 0 | 20 | 2 | 2 | | 24 | $ 600.00 |
| | | | | | | | | | $ 34,420.00 |

| Floors | 1 | 2 | 3 | 4 | 5 | 6 | 7 | Totals | Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| Tables | | | | | | | | 0 | |
| Mirrors | | | | | | | | 0 | |
| House Phones | 1 | 1 | 1 | | | | | 3 | $ 30.00 |
| Ice Machine | 1 | 1 | 1 | | | | | 3 | $ 300.00 |
| Garbage cans | 1 | 1 | 1 | | | | | 3 | $ 15.00 |
| | | | | | | | | | $ 345.00 |
| | | | | | | | | Total Value | $ 34,765.00 |

**Fill in this information to identify the case:**

Debtor name    SSS Milwaukee Hospitality LLC

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)    1:25-bk-3642

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | | Column A | Column B |
|---|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** Ally Capital c/o AIS Portfolio Services,

Creditor's Name

4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
2023 Ford Trans ConnectVIN: 1FBVU5XG0PLA57733

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$55,791.79          $47,075.00

**2.2** City of Milwaukee

Creditor's Name

"Office of the City Treasurer
P. O. Box 78776
Milwaukee, WI 53278-8776

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$295,914.99          $0.00

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | SSS Milwaukee Hospitality LLC | | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|---|
| | Name | | | |

| 2.3 | Old National Bank | Describe debtor's property that is subject to a lien | $5,800,000.00 | $8,000,000.00 |
|---|---|---|---|---|
| | Creditor's Name | 5311 S. Howell Avenue, Milwaukee, WI 532307PIN 6410121100 and 641008200 | | |
| | PO Box 3728 | | | |
| | Evansville, IN 47736-3728 | | | |
| | Creditor's mailing address | Describe the lien | | |

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $6,151,706.78 |

---

### Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name __SSS Milwaukee Hospitality LLC__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION__

Case number (if known) __1:25-bk-3642__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,762.22 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>Withholdings |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.2** | Priority creditor's name and mailing address<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $196,109.92 | $196,109.92 |
|  | Date or dates debt was incurred | Basis for the claim:<br>FICA |  |  |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |
| **2.3** | Priority creditor's name and mailing address<br>Milwaukee County Treasurer<br>901 N 9th St<br>Room 102<br>Milwaukee, WI 53233-1462 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $116,084.96 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: |  |  |
|  | Last 4 digits of account number __9300__<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes |  |  |

| Debtor | SSS Milwaukee Hospitality LLC | | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|---|
| | Name | | | |

**2.4**

Priority creditor's name and mailing address
Milwaukee County Treasurer
901 N 9th St
Room 102
Milwaukee, WI 53233-1462

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$8,026.99          $0.00

**2.5**

Priority creditor's name and mailing address
Milwaukee County Treasurer
901 N 9th St
Room 102
Milwaukee, WI 53233-1462

Date or dates debt was incurred

Last 4 digits of account number  0300

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$60,731.87          $0.00

**2.6**

Priority creditor's name and mailing address
Milwaukee County Treasurer
901 N 9th St
Room 102
Milwaukee, WI 53233-1462

Date or dates debt was incurred

Last 4 digits of account number  1300

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset?
☒ No
☐ Yes

$11.03          $0.00

**2.7**

Priority creditor's name and mailing address
Wisconsin Department of Revenue
Office of General Counsel
P.O. Box 8907
Madison, WI 53708-8907

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Taxes, Interest and Penalities

Is the claim subject to offset?
☒ No
☐ Yes

$2,602,236.00          $0.00

**2.8**

Priority creditor's name and mailing address
Wisconsin Department of Revenue
Office of General Counsel
P.O. Box 8907
Madison, WI 53708-8907

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Sales Tax

Is the claim subject to offset?
☒ No
☐ Yes

$111,876.54          $0.00

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $41,502.54 | $0.00 |
|---|---|---|---|---|

**2.9** Priority creditor's name and mailing address
Wisconsin Department of Revenue
Office of General Counsel
P.O. Box 8907
Madison, WI 53708-8907

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Payrroll Taxes

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

**3.**  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $503.41 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
A1 American
12386 Osborne Place
Pacoima, CA 91331

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address     $8,684.35
A-1 Restaurant
7373 S 6th St
Oak Creek, WI 53154

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address     $5,124.00
Accident Fund
PO Box 40790
Lansing, MI 48901

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address     $9.80
Adtrav
4555 Southlake Parkway
Birmingham, AL 35244

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address     $11,376.41
Alsco
2641 S. Leavitt St
Chicago, IL 60608

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address     $809.20
Andrew Pierce Travel Agency
PO Box 631652
Cincinnati, OH 45263

As of the petition filing date, the claim is: *Check that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _     Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

**3.7** | Nonpriority creditor's name and mailing address
Anthony Travel
7920 Belt Line Road
Suite 1010
Dallas, TX 75254

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$1,094.38

---

**3.8** | Nonpriority creditor's name and mailing address
Antolik Hospitality
874 Lakeside Drive
Bartlett, IL 60103

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$32,316.00

---

**3.9** | Nonpriority creditor's name and mailing address
API Lodging Solutions
265 Broadhollow Rd
Melville, NY 11747

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$129.17

---

**3.10** | Nonpriority creditor's name and mailing address
ASCAP
2 Music Square West
Nashville, TN 37201

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$1,372.00

---

**3.11** | Nonpriority creditor's name and mailing address
Assa Abloy Global Solutions
PO Box 676947
Dallas, TX 75267-6947

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$2,373.81

---

**3.12** | Nonpriority creditor's name and mailing address
Assured Power
7373 S 6th Street
Oak Creek, WI 53154

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$399.63

---

**3.13** | Nonpriority creditor's name and mailing address
AT&T
PO Box 5019
Carol Stream, IL 60197-5019

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$2,846.01

---

**3.14** | Nonpriority creditor's name and mailing address
Automatic Entrances of Wisconsin
1712 Paramount Court
New Berlin, WI 53151-0946

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ☒ No   ☐ Yes

$720.81

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,637.92 |
|---|---|---|---|

Beechwood Sales and Service, Inc
PO box 510946
New Berlin, WI 53151-0946

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,656.26 |
|---|---|---|---|

Beer Capital Distributing
BIN 88680
Milwaukee, WI 53288-0680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,964.08 |
|---|---|---|---|

BMI
10 Music Square East
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,292.00 |
|---|---|---|---|

Bob Lurie Glass Corp
6960 N. Teutonia Avenue
Milwaukee, WI 53207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,726.73 |
|---|---|---|---|

Bradley Peterson
5311 S. Howell Ave
Milwaukee, WI 53207

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,978.28 |
|---|---|---|---|

Breakthough Beverage Wisconsin, LLC
500 W. N. Shore Dr
Hartland, WI 53029

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $311.65 |
|---|---|---|---|

Capital-Husting
12001 W Carmen Ave
Milwaukee, WI 53225

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $54.70 |
|---|---|---|---|

Christopherson Andavo Travel
P O Box 30015
Dept 435
Salt Lake City, UT 84130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,674.40

Cintas Corporation
97627 EAGLE WAY
Chicago, IL 60678-7627

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,585.37

Cintas Fire
PO Box 636525
Cincinnati, OH 45263-6525

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,471.63

Consolidate Hospitality Supplies
PO Box 677130
Dallas, TX 75267-7130

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,216.06

Constellation New Energy
PO Box 5473
Carol Stream, IL 60197-5473

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $738.22

Cozzini Bris, Inc.
350 Howard Ave
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $205.00

Cream City Beer Line Cleaning Inc
4590 S. Raven Lane
New Berlin, WI 53151

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $40,447.84

CUSA, LLC
1300 Ridenour Blvd NW
Suite 200
Kennesaw, GA 30152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,988.68

De Pere Liquor Co LLC
850 South Morris Street
P. O. Box 1137
Fond Du Lac, WI 54936-1137

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,462.70 |
|---|---|---|---|
| | Dillett Accommodations, LLC | ☐ Contingent | |
| | 21625 Doral Road | ☐ Unliquidated | |
| | Waukesha, WI 53186 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,615.87 |
|---|---|---|---|
| | DirectTV | ☐ Contingent | |
| | PO Box 5006 | ☐ Unliquidated | |
| | Carol Stream, IL 60197-5006 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** 5209 | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,170.17 |
|---|---|---|---|
| | Ecolab | ☐ Contingent | |
| | PO Box 70343 | ☐ Unliquidated | |
| | Chicago, IL 60673-0343 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $68.85 |
|---|---|---|---|
| | En Tour | ☐ Contingent | |
| | 42 Rolston Close | ☐ Unliquidated | |
| | Leduc, AB T9E1G5 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,105.33 |
|---|---|---|---|
| | Expedia Group | ☐ Contingent | |
| | 1111 Expedia Group Way W | ☐ Unliquidated | |
| | Seattle, WA 98119 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,148.79 |
|---|---|---|---|
| | General Beverage | ☐ Contingent | |
| | 16255 W. Stratton Dr | ☐ Unliquidated | |
| | PO Box 510203 | ☐ Disputed | |
| | New Berlin, WI 53151 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,058.57 |
|---|---|---|---|
| | General Mithcell Internation Airport | ☐ Contingent | |
| | PO Box 78979 | ☐ Unliquidated | |
| | Milwaukee, WI 53278-0979 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,877.50 |
|---|---|---|---|
| | GFL Environmental | ☐ Contingent | |
| | PO Box 555193 | ☐ Unliquidated | |
| | Detroit, MI 48255-5193 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | SSS Milwaukee Hospitality LLC | | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $722.68 |
|---|---|---|---|
| | Gidding Howkins<br>PO Box 733372<br>Dallas, TX 75373 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $605.80 |
|---|---|---|---|
| | Golden Malted<br>PO Box 129<br>Concordville, PA 19331-0128 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,590.00 |
|---|---|---|---|
| | Golden Pro Roofing<br>c/o Registered Agent: J Guadalupe Ovalle<br>4446 S 20th St.<br>Milwaukee, WI 53221 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,730.43 |
|---|---|---|---|
| | Great American Financial Services<br>PO Box 660831<br>Dallas, TX 75266-0831 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $706.11 |
|---|---|---|---|
| | Gunderson Uniform and Linen<br>41 Main Street<br>Menasha, WI 54952 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $14,785.86 |
|---|---|---|---|
| | HD Supply Facilities Maintenance<br>PO Box 509058<br>San Diego, CA 92150-9058 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,203.97 |
|---|---|---|---|
| | Horizon Commercial Pool Supply<br>12900 W. Silver Spring Dr<br>Butler, WI 53007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $41,342.29 |
|---|---|---|---|
| | Hospitality Staffing Solutions, LLC<br>PO Box 742822<br>Atlanta, GA 30374-2822 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset?  ☒ No   ☐ Yes | |

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,800.00 |
|---|---|---|---|

Hotel Logistics
1755 The Exchange SE
Suite 255
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,088.07 |
|---|---|---|---|

Insight Direct USA, Inc.
PO Box 731069
Dallas, TX 75373-1069

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38,223.76 |
|---|---|---|---|

J.F. Ahern Co
855 Morris St
Fond Du Lac, WI 54935

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,227.34 |
|---|---|---|---|

James Imaging System, Inc
PO Box 660831
Dallas, TX 75266-0531

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $280.00 |
|---|---|---|---|

Left Bank Wine Company
PO Box 418
McFarland, WI 53558

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $539.50 |
|---|---|---|---|

Light Photograph Group
11220 W Burleigh St
Wauwatosa, WI 53222

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,474.41 |
|---|---|---|---|

Mafer Heating & Cooling
1905 S. 5th Place
Milwaukee, WI 53204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $187,399.45 |
|---|---|---|---|

Marriot International Inc
13682 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

**3.55** | Nonpriority creditor's name and mailing address
Mood Media
PO Box 602777
Charlotte, NC 28260-2777

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$890.10

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.56** | Nonpriority creditor's name and mailing address
NetXS
17345 Civic Drive
Unit 1326
Brookfield, WI 53045

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,724.64

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.57** | Nonpriority creditor's name and mailing address
North American
PO Box 7410586
Chicago, IL 60674-0586

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,759.29

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address
On Peak
7000 Lindell Rd.
Las Vegas, NV 89118

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,172.50

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address
Orkin
10101 W. Innovation Dr
Suite 500
Milwaukee, WI 53226-4824

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,037.92

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address
Pac-Van
United Rentals (North America),INC.
PO Box 840514
Dallas, TX 75284-0514

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,974.00

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address
Performance Food Group
PO Box 857692
Minneapolis, MN 55485-7682

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$15,943.37

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address
Pinnacle Communications
19821 Executive Park Circle
Germantown, MD 20874

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$478.36

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,297.56

Plasticard-Locktech International
PO Box 679814
Dallas, TX 75267-9814

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $133.95

Premium Waters
2244 S. Calhoun Rd
New Berlin, WI 53151-2220

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,786.48

Reliable Water
PO Box 88909
Milwaukee, WI 53288-8909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1608_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,748.90

Reliable Water
PO Box 88909
Milwaukee, WI 53288-8909

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _1609_

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,356.67

Revenue Recovery Specialists
3564 Avalon Park Blvd
Suite 195

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,951.18

RFID Hotel
PO Box 850001
Orlando, FL 32885-9907

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $88.50

Royal Cup
PO Box 841000
Dallas, TX 75284-1000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,947.52

RR Donnelley & Sons Co
7810 Solution Center
Chicago, IL 60677-7008

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

**3.71** | **Nonpriority creditor's name and mailing address**
Sesac
PO Box 5246
New York, NY 10008-5246

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$1,563.37

---

**3.72** | **Nonpriority creditor's name and mailing address**
Sheeley Service
1345 N. 75th Street
Milwaukee, WI 53213

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$829.79

---

**3.73** | **Nonpriority creditor's name and mailing address**
Signature Maker, Inc.
570 Jamison Lane
Hoffman Estates, IL 60169

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$400.00

---

**3.74** | **Nonpriority creditor's name and mailing address**
Spectrum Business
Charter Communications
P. O. Box 6030
Carol Stream, IL 60197-6030

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$356.10

---

**3.75** | **Nonpriority creditor's name and mailing address**
Sterling
PO Box 35626
Newark, NJ 07193-5626

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$23.59

---

**3.76** | **Nonpriority creditor's name and mailing address**
Sysco Systems Business Service
1 Sysco Dr.
Jackson, WI 53037

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$11,010.17

---

**3.77** | **Nonpriority creditor's name and mailing address**
TA Connections
PO Box 74008563
Chicago, IL 60674-8563

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$403.85

---

**3.78** | **Nonpriority creditor's name and mailing address**
TEKO Mechanical Inc
PO Box 1022
Waukesha, WI 53187

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No   ☐ Yes

$126.00

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,714.50**

TK Elevator Corporation
3100 Interstate North Cir SE
Suite 500
Atlanta, GA 30339

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,830.15**

Toor Auto Services LLC
4161 South Howell Avenue
Milwaukee, WI 53207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,368.68**

Torke Coffee Inc
3455 Paine Avenue
PO Box 694
Sheboygan, WI 53082

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$514.89**

Travel Advocates
1101 Ocean Ave, Suite 702
Asbury Park, NJ 07712

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,313.55**

Travel First
Department 2780
PO Box 986500
Boston, MA 02298-6500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13.80**

Travelliance
PO Box 74008563
Chicago, IL 60674-8563

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$14,874.90**

Verdant Landscaping, LLC
1819 S 9th Street
Milwaukee, WI 53204

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$114.00**

Visit Milwaukee, Inc.
648 N. Plankinton Ave, Suite 220
Milwaukee, WI 53203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9,584.41 |
|---|---|---|---|

WE Energies
PO Box 6042
Carol Stream, IL 60197-6042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _0001_

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
|---|---|---|---|

World Travel Inc
1724 W. Schuylkill Road
Douglassville, PA 19518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $834.09 |
|---|---|---|---|

Zone Mechanical North Inc
12539 S. Holiday Dr, Unit B
Alsip, IL 60803

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☒ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | City of Milwaukee<br>PO Box 78776<br>Milwaukee, WI 53278-8776 | Line _2.3_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | City of Milwaukee<br>PO Box 78776<br>Milwaukee, WI 53278-8776 | Line _2.4_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | City of Milwaukee<br>PO Box 78776<br>Milwaukee, WI 53278-8776 | Line _2.5_<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | City of Milwaukee<br>PO Box 78776<br>Milwaukee, WI 53278-8776 | Line _2.6_<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Wisconsin Department of Revenue<br>PO Box 8906<br>Madison, WI 53708-8906 | Line _2.7_<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | Wisconsin Department of Revenue<br>PO Box 8906<br>Madison, WI 53708-8906 | Line _2.8_<br><br>☐ Not listed. Explain ____ | _ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

---

| Debtor | SSS Milwaukee Hospitality LLC | Case number (if known) | 1:25-bk-3642 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 3,207,342.07 |
| **5b. Total claims from Part 2** | 5b. + | $ | 623,127.03 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,830,469.10 |

**Fill in this information to identify the case:**

Debtor name ___SSS Milwaukee Hospitality LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION___

Case number (if known) ___1:25-bk-3642___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest | Hotel Franchise Brand |
| State the term remaining | |
| List the contract number of any government contract _____ | Marriot International Inc<br>13682 Collections Center Drive<br>Chicago, IL 60693 |

**Fill in this information to identify the case:**

Debtor name ___SSS Milwaukee Hospitality LLC___

United States Bankruptcy Court for the: ___NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION___

Case number (if known) ___1:25-bk-3642___

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                              12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 | Amin Amdani | 4909 Oakton St<br>Skokie, IL 60077 | Marriot International Inc | ☐ D _____<br>☒ E/F ___3.54___<br>☐ G _____ |
| 2.2 | Amin Amdani | 4909 Oakton St<br>Skokie, IL 60077 | Old National Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | Bimal Doshi | 200 S. Evergreen Ave<br>Arlington Heights, IL 60004 | Marriot International Inc | ☐ D _____<br>☒ E/F ___3.54___<br>☐ G _____ |
| 2.4 | Bimal Doshi | 200 S. Evergreen Ave<br>Arlington Heights, IL 60004 | Old National Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Fouzan Memon | 346 Lindenwood<br>Glenview, IL 60026 | Marriot International Inc | ☐ D _____<br>☒ E/F ___3.54___<br>☐ G _____ |
| 2.6 | Fouzan Memon | 346 Lindenwood<br>Glenview, IL 60026 | Old National Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | SSS Milwaukee Hospitality LLC | Case number *(if known)* | 1:25-bk-3642 |

---

**Additional Page to List More Codebtors**

*Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|---|
| 2.7 | Idress Mailk<br>20515 Regal Oaks Dr<br>Yorba Linda, CA 92886 | Marriot International Inc | ☐ D _____<br>☒ E/F ___3.54___<br>☐ G _____ |
| 2.8 | Idress Mailk<br>20515 Regal Oaks Dr<br>Yorba Linda, CA 92886 | Old National Bank | ☒ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |